The judgment is reversed and the cause remanded.

---

Charles Robert **CHAPMAN**, Appellant,

v.

The **STATE** of Texas, Appellee.

No. 34299.

Court of Criminal Appeals of Texas.

Feb. 14, 1962.

Charles Robert Chapman, pro se.

W. G. Walley, Jr., Acting Crim. Dist. Atty., W. T. Wood, Jr., Asst. Crim. Dist. Atty., Beaumont, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

This is an appeal from a conviction for burglary with punishment assessed at 5 years. The allegations and proof as to the ownership of the building are the same as in Chapman v. State, No. 34,298, Tex.Cr. App., 353 S.W.2d 851, this day decided, a burglary on a different date being alleged.

Our disposition of the companion case requires that this conviction also be set aside.

The judgment is reversed and the cause remanded.